**CV 18-5893**

☐ ORIGINAL

FILED
US DISTRICT COURT E.D.N.Y.

★ OCT 19 2018 ★

BROOKLYN OFFICE

DeARCY HALL, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK POLLAK, M.J.

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 19 2018 ★

BROOKLYN OFFICE

EARL BRISTOW FEELINGS

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

P.O. John DOE # (Davis)
N.Y.P.D.-109TH PRECINT
City of New York,

_____

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO _____

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs if any.)

A.   Name of plaintiff   EARL BRISTOW FEELINGS

If you are incarcerated, provide the name of the facility and address:

A.M.K.C. - 18-18 HAZEN STREET
E. ELMHURST, NEW YORK, 17320

Prisoner ID Number:   441-18-01383

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

P.O. JOHN DOE, #(DALLIS)
Full Name

Police officer, 109TH Precint
Job Title

Flushing, New York
Address

Defendant No. 2

N.Y.P.D. - 109TH Precint
Full Name

_____
Job Title

FLUSHING NEW york
Address

Defendant No. 3

City of New york,
Full Name

_____
Job Title

_____

Address

_____

Defendant No. 4

_____

Full Name

_____

Job Title

_____

Address

_____

Defendant No. 5

_____

Full Name

_____

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? IN the PARKING LOT-AREA of The 109th PRECINT. IN Flushing NEW YORK, (QUEENS)

When did the events happen? (include approximate time and date) October, , 2017 at Approxriametly 12:30 A.M.

Facts: (what happened?) _____

_____

PLEASE!!! See, Attached

"Statement

of

"fact's"

_____

EXCESSIVE USE OF FORCE.

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Severe Migraine Headaches, emotional distress, physical-Visible forehead scar with discoloration of skin-lacerations. Mental & Emotional Anguishment, Post Psychological Traumatic-stress, on going flashbacks, Re-Occurring Nightmares. Fear of Government[4] uniform officials

<u>"STATEMENT ' OF FACT'S"</u>

#1.)      On or about  day of October,2017 I Complainant EARL BRISTOW

FEELINGS,was arrested for a petty larceny offense in the

County of Queens,New York and detained by the 109th Precint.

as I was being taken to the Queens Central booking for arr-

aignment on the charges.


#2.)      Upon arriving atQueens Central Booking I got into a argument

with a few Police Officers about standing & facing the camera.

and intake of my rentina pupils for the identification Iris

which I candidly refused.A hostile argument had began and the

Desk Captain Ordered the escorting Officer to take me back to

the precint house,and and return him when he calms down.

#3.)    As I left the Queens Central Booking area with this escort

police officer I began to get into a heated argument with him.

We argument with extreme profanitie until we got back to the

precint station house(109th)However,when the vehicle turned

into the precint parking lot area Police Officer(Escort)DALLIS,

(NOT SURE IF IT'S PROPERLY SPELLED)had approach the vehicle

door open it and placed a gray blanket around & over my Head.

#4.)

Next he open the door & violently grabbed my head and tossed me

to the concrete ground pavement.As a result of that act I had

lost my conscience,and in adition multiple lacerations of visible

scars across my entire forehead which was   .leeding profusely.

The station Desk seargeant ask me if I wanted to go to Hospital

I stated"TYES!!!" I was taken to Queens General Hospital for

#5.)    Exaination & treatment.When I got there I had informed the

        Nurse that I was assaulted by a N.Y.P..D police officer from

        the 109th precint namely police officer DALLIS(IF SPELL RIGHT)

        I explaint to her(Dont recall her Name)that I was forcibily

        tossed out of the vehicle head first upon the ground pavement

        while wearing handcuff restraints & leg shackels around my

        ankels.

#6.)    I recieved medical assistance and treatment and later discharged.

        I was not taken to the hospital by the same officer who assaulted

        me.As the examination &treatment was completed I was returned back

        to the 109th precint.A hour later I was sent to Queens Criminal

        Court for arraignment on the pending misdemeanor petty larceny

        charge.(Penal Law#155.25)

#7.)      I had elaborated this information to my defense attorney and

she advised me to contact the Civil Complaint Reveiw Board

Committee and inform them of the incident.I was later sent to

Riker's Island C-76(E.M.T.C.) facility as a sentencne inmate

upon arriving there I had contacted the C.C.R.B. via telephone

within a week time I was being interveiwed by a CCRB rep. via

Video Telecommunication=Conference.

#8.)      I do not recall the person(A White female & Collegue) who I did

speak with on the screen interveiw.They gave me a complaint# of

2017          and I supplied information of how to contact

me.I told the investigators that the incident was captured on the

Parking lot area Video Surveillance and to hurry up & retreive it.

#9.)        It has been approxiametly"9:" Months now since then

and this matter has never been brought before any Court

of Justice.  I am inherently seeking obvious Monetary

compensation for my pain & sufferrings stemming from

that incident.

                                    Respectively,Submittted

                                    X _____
                                    PLAINTIFF,
                                    EARL BRISTOW FEELINGS,



## FOR COMPLAINTS AGAINST MEMBERS OF THE NYC POLICE DEPT. ONLY

## COMPLAINT REPORT – CIVILIAN COMPLAINT REVIEW BOARD

**Instructions.** You may file this report by:
(A) Delivering it in person to the Civilian Complaint Review Board (CCRB); or
(B) Mailing it (postage pre-paid) to the CCRB; or
(C) Telephoning the CCRB at 1-800-341-CCRB; or
(D) Filing it at any police precinct station house (obtain filing receipt).

100 Church Street, New York, NY 10007
Telephone: 800-341-2272 or call 311
www.nyc.gov/html/ccrb

1. COMPLAINANT  Last Name  First Name  MI  Home Phone  Business Phone

FEELINGS, EARL   B  (718) 350-4425  -

Address (Home/Business)  Apt. No.  City  State  Zip Code  Date of Birth / 96

310 Astoria Blvd  Apt 4A, Astoria, New York  11102-  1/30

Optional/For statistical purposes only:  Sex: (✓) M  ( ) F,  Race/Ethnicity: African-American

2. Did you witness the incident complained of?  (✓) Yes  ( ) No

3. If you are filing a complaint on behalf of someone else, what is your relationship, if any, to the person(s)?
( ) Parent  ( ) Spouse  ( ) Relative  ( ) Guardian  ( ) Child  ( ) Friend  (✓) None  ( ) Other  SELF

4. Please provide as much of the following information as you can about the person(s) on whose behalf the complaint is filed and any witness(es) to the incident. (Use other side of page if necessary.)

a. (✓) VICTIM  ( ) WITNESS  Last Name  First Name  MI  Home Phone  Business Phone

(FEELINGS, EARL - BRISTOW) 718) 350-4425

Address (Home/Business)  Apt. No.  City  State  Zip Code  Date of Birth

310 Astoria Blvd Apt 4A, Astoria, N.Y 11102- 1-30-1967

Optional/For statistical purposes only:  Sex: (✓) M  ( ) F  Race/Ethnicity: African-American

b. ( ) VICTIM  ( ) WITNESS  Last Name  First Name  MI  Home Phone  Business Phone

Address (Home/Business)  Apt. No.  City  State  Zip Code  Date of Birth

Optional/For statistical purposes only:  Sex: ( ) M  ( ) F  Race/Ethnicity:

5. 11/ /2017 - 11:30 a.m.  109th Precinct-Parking Lot Area; Flushing No. 21.
Date and Time of Incident    Location of Incident (Including borough)



# CIVILIAN COMPLAINT REVIEW BOARD
## 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb



BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

August 10, 2018

Mr. Earl Bristow Feelings (#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)
AMKC
18-18 Hazen Street
East Elmhurst, NY, 11370

Re: CCRB case number 201806299

Dear Mr. Bristow Feelings:

I have enclosed the necessary paperwork and a self-addressed and stamped envelope. Please read the following instructions carefully.
-Verification form (1 copy): Please print and sign your name at the flags. This *must* be notarized or signed by a Commissioner of Deeds. <u>If this is not completed and returned to me I may not be able to investigate the case.</u>
-Re-open request (1 copy): Please print, sign, date, and fill out the form at the flags. <u>If this is not completed and returned to me I may not be able to re-open the first complaint that you filed.</u>
-HIPAA releases (3 copies): Please initial, sign, and date at the flags. One copy *must* be notarized or signed by a Commissioner of Deeds. Please send all 3 copies back to me.
-Unsealing orders (3 copies): Please print, sign, and date at the flags. Each copy *must* be notarized or singed by a Commissioner of Deeds. Please send all 3 copies back to me.

I also included the case statuses. Because you filed two complaints about the same incident, we will re-open the original complaint once I receive this completed paperwork, and close the second complaint. I included status updates for both, so you can see the work that has been done. These are for you to keep and do not need to be returned to me.

I hope these instructions are clear and the information is helpful. If you have any questions, I can be reached at (212) 912-7298.

Sincerely,

Nora Chanko
Investigator



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Earl Bristow Feelings | 01-30-1967 | 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 |

| Patient Address |
|---|
| A.M.K.C. - Rikers Island (18-18 Hazen . E.E. Elmhorst N.Y. 11370 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
A.M.K.C → Health & Hospital Corp - and Queens General Hospital

8. Name and address of person(s) or category of person to whom this information will be sent:
**NYC Civilian Complaint Review Board 100 Church Street, 10th Floor, NY NY 10007**

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (*Indicate by Initialing*)
E. B. F. Alcohol/Drug Treatment
E.B.F Mental Health Information
E.B.F HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☑ By initialing here E. B. F. I authorize Queens General Hospital - Am.K.C.
         Initials                   Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**NYC Civilian Complaint Review Board**
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Earl Bristow Feelings_          Date: _August 23rd, 2018_

Signature of patient or representative authorized by law.



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name Edel BRistow Feelings | Date of Birth 01-30-1967 | Social Security Number 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 |
|---|---|---|

| Patient Address 18-18 Aazon st E Amhest N.Y. 11370 (A.M.K.C.) |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Queens General Hospital / am.k.c

8. Name and address of person(s) or category of person to whom this information will be sent:
**NYC Civilian Complaint Review Board 100 Church Street, 10th Floor, NY NY 10007**

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

_____

Include: (*Indicate by Initialing*)
☑ E.B.F Alcohol/Drug Treatment
☑ E.B.F Mental Health Information
☑ E.B.F HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here E.B.Fi I authorize Queens General Hospital — A.M.K.C.
    Initials                                                            Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**NYC Civilian Complaint Review Board**

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☐ Other: | 11. Date or event on which this authorization will expire: |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Edel Bristow Feelings_          Date: August 23rd, 2018

Signature of patient or representative authorized by law

Complaint Status Lookup - CCRB                                    Page 1 of 2

Menu



Search
File ComplaintComplaint Status

# Case # 201806299

**Status**

**Open**

**Incident Date**

**10-15-2017**

**Complaint Date**

**07-12-2018**

**Borough**

**Queens**

**Precinct**

**109**

# Case Action

## Civilian interviewed

**08-08-2018**

## Case investigation ongoing

**08-08-2018**

## Records requested from NYPD

08-03-2018

Complaint Status Lookup - CCRB                                    Page 2 of 2

## Review by investigation team supervisor

**08-02-2018**

## Forwarded to investigative team

**08-02-2018**

## Investigation initiated

**08-02-2018**

## Registration

**08-02-2018**

Back to search page

Complaint Status Lookup - CCRB                                          Page 1 of 2

Menu



Search
File ComplaintComplaint Status

# Case # 201709654

**Status**

## Closed

**Incident Date**

## 11-04-2017

**Complaint Date**

## 11-21-2017

**Borough**

## Queens

**Precinct**

## 109

# Case Action

## Closed

01-16-2018

## Review by Board Members

01-16-2018

## Review by investigation team supervisor

01-16-2018

Complaint Status Lookup - CCRB                                                    Page 2 of 2

**Records requested from NYPD**

**12-22-2017**

**Records requested from NYPD**

**12-12-2017**

**Records requested from NYPD**

**11-27-2017**

**Review by investigation team supervisor**

**11-27-2017**

**Forwarded to investigative team**

**11-21-2017**

**Investigation initiated**

**11-21-2017**

**Registration**

**11-21-2017**

Back to search page



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Earl Bristow Feelings | 01-30-1967 | 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 |

| Patient Address |
|---|
| 18-18 Hazen St E, Amhurst, N.y 11370 / A.M.K.C |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Queens General Hospital — and — A.M.K.C-(R.I)

8. Name and address of person(s) or category of persons to whom this information will be sent:
**NYC Civilian Complaint Review Board 100 Church Street, 10th Floor, NY NY 10007**

9(a). Specific information to be released:
- ☑ Medical Record from (insert date) _____ to (insert date) _____
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (*Indicate by Initialing*)
E.B.F. Alcohol/Drug Treatment
E.B.F. Mental Health Information
E.B.F. HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here __E.B.F.__ I authorize __Queens General Hospital — A.m.c__
 Initials                                   Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:
**NYC Civilian Complaint Review Board**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☐ Other: | 11. Date or event on which this authorization will ex[...] |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been [...] copy of the form.

_(signature)_ Earl B Feelings                          Date: August 23rd, 2018

## DESIGNATION PURSUANT TO CPL ARTICLE 160

I, ~~Edel Bristow~~ Feelings, born Brooklyn, N.Y. (U.S.), pursuant to Criminal Procedure Law §§ 160.50(1)(d) and/or 160.55(1)(d), hereby designate the New York City Civilian Complaint Review Board or an authorized representative thereof (individually and collectively, "CCRB"), as my agent to whom records, transcripts, and/or certificates of disposition of the criminal action in QUEENS County pertaining to my arrest or summons on or about October 15th, 2017 and titled *People of the State of New York v.* Edel B. Feelings shall be provided upon request.

I understand that the aforesaid records have been sealed pursuant to CPL §§ 160.50 and/or 160.55, or may be at some time in the future, which permits those records to be made available only to persons designated by me or to certain other parties specifically designated in that statute. I hereby agree to allow CCRB to request and receive all records relating to the aforementioned criminal action at any date and time subsequent to the time in which I have signed this document.

The records to be made available to CCRB should comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that have been sealed pursuant to CPL §§ 160.50 and/or 160.55.

Signature and Date

August 23rd, 2018

STATE OF NEW YORK

COUNTY OF Bronx

On August 23, 2018 before me, the undersigned, a Notary Public of the State of New York or a Commissioner of Deeds for the City of New York, personally appeared Edel B. Feelings, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and, acknowledged to me that he/she was authorized to execute the same, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public or Commissioner of Deeds


DEBORAH RACHELLE HAMILTON
Notary Public, State of New York
No. 02HA6274121
Qualified in Queens County
Commission Expires December 24

## DESIGNATION PURSUANT TO CPL ARTICLE 160

I, _Earl Bristol Feelings_, born _Brooklyn N.C_ _(U.S.)_, pursuant to Criminal Procedure
Law §§ 160.50(1)(d) and/or 160.55(1)(d), hereby designate the New York City Civilian
Complaint Review Board or an authorized representative thereof (individually and
collectively, "CCRB"), as my agent to whom records, transcripts, and/or certificates of
disposition of the criminal action in _Queens_ County pertaining to my arrest or
summons on or about _October 15th 2017_ and titled *People of the State of New York v.*
_Earl B. Feelings_ shall be provided upon request.

I understand that the aforesaid records have been sealed pursuant to CPL §§ 160.50
and/or 160.55, or may be at some time in the future, which permits those records to be
made available only to persons designated by me or to certain other parties specifically
designated in that statute.  I hereby agree to allow CCRB to request and receive all
records relating to the aforementioned criminal action at any date and time subsequent to
the time in which I have signed this document.

The records to be made available to CCRB should comprise all records and papers
relating to my arrest and prosecution in the criminal action identified herein on file with
any court, police agency, prosecutor's office or state or local agency that have been
sealed pursuant to CPL §§ 160.50 and/or 160.55.

Signature and Date

STATE OF NEW YORK

COUNTY OF _Bronx_

On _August 23, 2018_ before me, the undersigned, a Notary Public of the State of New
York or a Commissioner of Deeds for the City of New York, personally appeared
_Earl B. Feelings_, personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within
instrument and, acknowledged to me that he/she was authorized to execute the same, and
that by his/her signature on the instrument, the individual, or the person upon behalf of
which the individual acted, executed the instrument.

Notary Public or Commissioner of Deeds

DEBORAH MICHELLE HAMILTON
Notary Public, State of New York
No. 02HA6274121
Qualified in Queens County
Commission Expires December 31, 2020



# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

## VERIFICATION FORM

STATE OF NEW YORK:

§

COUNTY OF NEW YORK:


I, EARL BRISTOW FEELINGS,, being duly sworn, depose and say: I am a witness in connection with Civilian Complaint Review Board case number
; any and all statements I have made in connection therewith are true to my knowledge.


_____
Signature

Sworn to before me on the

23Rd day of August 2018

_____
Commissioner of Deeds

DEBORAH MACHELLE HAMILTON
Notary Public, State of New York
No. 02HA6274121
Qualified in Queens County
Commission Expires December 31, 2020

## DESIGNATION PURSUANT TO CPL ARTICLE 160

I, _Earl Bristor Feelings_ born _Broklay, N.Y,_ _(U.S.)_, pursuant to Criminal Procedure Law §§ 160.50(1)(d) and/or 160.55(1)(d), hereby designate the New York City Civilian Complaint Review Board or an authorized representative thereof (individually and collectively, "CCRB"), as my agent to whom records, transcripts, and/or certificates of disposition of the criminal action in _Queens_ County pertaining to my arrest or summons on or about _October 15th, 2017_ and titled *People of the State of New York v. Earl B. Feelings* shall be provided upon request.

I understand that the aforesaid records have been sealed pursuant to CPL §§ 160.50 and/or 160.55, or may be at some time in the future, which permits those records to be made available only to persons designated by me or to certain other parties specifically designated in that statute. I hereby agree to allow CCRB to request and receive all records relating to the aforementioned criminal action at any date and time subsequent to the time in which I have signed this document.

The records to be made available to CCRB should comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that have been sealed pursuant to CPL §§ 160.50 and/or 160.55.

_Earl B. Feelings_
Signature and Date
_August 23rd, 2018_

STATE OF NEW YORK

COUNTY OF _Bronx_

On _August 23, 2018_ before me, the undersigned, a Notary Public of the State of New York or a Commissioner of Deeds for the City of New York, personally appeared _Earl B. Feelings_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and, acknowledged to me that he/she was authorized to execute the same, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Deborah Hamilton_
Notary Public or Commissioner of Deeds

DEBORAH MACHELLE HAMILTON
Notary Public, State of New York
No. 02HA6274121
Qualified in Queens County
Commission Expires December 31, 2020

Menu



Search
File ComplaintComplaint Status

# Case # 201709654

Status

Open

Incident Date

11-04-2017

Complaint Date

11-21-2017

Borough

Queens

Precinct

109

# Case Action

Case investigation ongoing

09-13-2018

Records requested from NYPD

08-14-2018

Records requested from NYPD

08-14-2018

Review by investigation team supervisor

08-13-2018

Forwarded to investigative team

08-13-2018

Re-opened after closing

08-13-2018

Closed

08-13-2018

Civilian interviewed

08-08-2018

Records requested from NYPD

08-03-2018

Review by Board Members

01-16-2018

Review by investigation team supervisor

01-16-2018

Records requested from NYPD

12-22-2017

Records requested from NYPD

12-12-2017

Records requested from NYPD

11-27-2017

Review by investigation team supervisor

11-27-2017

Forwarded to investigative team

11-21-2017

Investigation initiated

11-21-2017

Registration

11-21-2017


Back to search page

# "Flagrant abuse"

## DA rips cop busted in homeless-teen beat

Y MOLLY CRANE-NEWMAN,
GRAHAM RAYMAN
AND LARRY McSHANE
NEW YORK DAILY NEWS

fuming city cop, after his eatdown of a handcuffed omeless teen, launched a iled coverup of his brutal ehavior, prosecutors arged Wednesday.

Officer Elijah Saladeen, 48, as the one in cuffs after his rest at the 5th Precinct staonhouse in Chinatown ound 9 a.m. Saladeen, in a ie-sided attack captured on rveillance video, pounded e helpless 19-year-old in his ead, face, ribs and side — ren landing a few last inches before an ambunce arrived to aid the batred victim, authorities said.

"This defendant is charged ith flagrantly abusing his osition as an officer of the w when he beat and agged a young man and then lied about the attack to his superiors, to prosecutors, and in official charging documents," said Manhattan District Attorney Cy Vance Jr.

The 19-year NYPD veteran cut a confident figure as he entered the Feb. 24 incident inside a building on W. 17th St. in Chelsea.

"I believe when all the facts are known, the situation will be different," said defense attorney Rae Downes Koshet. "He's an active officer who's worked in public housing for the last 19 years. My information is that this man was resisting while he was in custody."

But prosecutors asserted that closed-circuit TV and witness accounts contradict Saladeen's claim that the teenager's wounds were self-inflicted while fighting back. And they charged that Saladeen falsified the details in his official NYPD report.

Saladeen was answering a call at 418 W. 17th St when he encountered a homeless teen sleeping on the building's stairwell on the 25th floor. The officer and the suspect began scuffling as they rode the elevator to the lobby, with the mouthy teen spewing invective at the arresting cop.

When the elevator reached the lobby, the infuriated Saladeen climbed atop the teen and "repeatedly punched him about the head," prosecutors charged.

The suspect, bleeding from a 4-stitch wound beneath one eye and bruised across his face, was still in cuffs when Saladeen dragged him across the lobby to landed a few more blows to the ribs and side before EMTs reached the scene, authorities said.

The suspect's hands, prosecutors stressed, were cuffed during the duration of the beating and a source indicated Saladeen "beat his ass."

Saladeen, in a navy blazer and light blue tie, was held on a $50,000 personal recognizance bond at his Manhattan Criminal Court arraignment. He was charged with filing a false instrument, lying on documents and assault.

Saladeen previously was one of four cops sued by Yvette Hughes for a false arrest in the lobby of a NYCHA building on Madison St. in lower Manhattan. According to the civil complaint, Hughes had been invited to a friend's fourth-floor apartment on March 19, 2009, when she was wrongly busted for trespassing.

The charges were later dismissed, and she collected a $25,000 settlement from the city in 2010.

**With Stephen Rex Brown, Esha Ray and Thomas Tr ~~**

ROCCO PARASCANDOLA
WS POLICE BUREAU CHIEF

NYPD has suspended a ens cop for beating a handed suspect who spit at him n incident that was capd on the officer's body cam the Daily News has learned. fficer Ted Saint-Gerard e under scrutiny after his ycam footage was reviewed wing the Aug. 18 arrest of on Valencia for unauthorl use of a vehicle, criminal tempt and for violating an er of protection, police rces said.

he footage shows Saintard exploding in anger and ghing up a cuffed Valencia, who'd spit at the cop during bust, according to sources knowledge of the case.

alencia wasn't badly hurt, ops at the scene had to step nd peel the 14-year veteran he restrained man.

wasn't clear if Valencia or of the other cops informed rvisors about the clash, but was revealed when Saint-Gerard's camera footage was reviewed by a sergeant.

Approached at his home, Saint-Gerard, 40, wouldn't discuss the incident.

"I'm not talking," he told a Daily News reporter. "How did you get my address?"

According to court papers, Valencia's estranged girlfriend, Tatiana Formosa, told police that Valencia, against whom she has an order of protection, drove off with her Honda Accord and showed up at her family's Ozone Park home on 95th St.

When police arrived and arrested Valencia, he put up a fight. He twisted his body to avoid being handcuffed, kicked the door of a police car, leaving a dent, and spit, according to court documents.

Police sources said the unwritten rule is that once the handcuffs are on officers need to calm down.

The city announced in Janu ary that by year's end — one year ahead of schedule — more than 20,000 officers would be equipped with body-worn cameras,

## V.     Relief:

State what relief you are seeking if you prevail on your complaint.

I would like to have a civil Trial on this matter and if, I successful establish my claim of Excessive use of force, I would like to be Reasonably Compensated For my ~~~~ injuries.

I declare under penalty of perjury that on _____, I delivered this
                                                                    (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this   5ᵗʰ   day of   October   , 20 18. I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

A.M.K.C.
Name of Prison Facility

18-18- Hozan Sᵀ
E. Elmherst NY,
                        11370
Address

4WL-18-01383
Prisoner ID#

5